RECEIVED
IN MONROE, LA

SEP 2 3 2008
Ae
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **STEPHANIE MCKNIGHT** | : | **DOCKET NO. 07-0030** |
| **VS.** | : | **JUDGE JAMES** |
| **MADISON PARISH SCHOOL BOARD, ET AL.** | : | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's claims against defendant, Michael A. Johnson, be, and they are hereby DISMISSED, WITHOUT PREJUDICE. LR 41.3W, Fed.R.Civ.P. 4(m).

THUS DONE AND SIGNED this 23 day of September, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE