
RECEIVED
IN MONROE, LA
JAN 0 5 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEPHANIE MCKNIGHT | CIVIL ACTION NO. 07-0030 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 49], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Stephanie McKnight's claims against Defendants Lexington Insurance Co. and National Union Fire Insurance Co. are DISMISSED WITHOUT PREJUDICE. *See* LR 41.3W; FED. R. CIV. P. 4(m).

MONROE, LOUISIANA, this 2 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE